No. 74–5046. KRYDER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 74–5047. BREWER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5048. ROGERS *v.* LEA COUNTY, NEW MEXICO, PROSECUTORS ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–5050. YEDOR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5051. JONES *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 74–5053. ROUNDTREE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 74–5055. WRIGHT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5059. BERARDELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5061. FALK *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 74–5064. JACKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5065. SHORT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5066. BURTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.